United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MAURO SERRANO, III, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. 2:17-CV-100 |
| § | |
| PROGRESSIVE WASTE SOLUTIONS § | |
| OF TEXAS, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

On January 22, 2019 this Court ordered the Parties to submit additional information regarding the proposed settlement agreement. Dkt. No. 100 at 11-13; *see* Dkt. No. 99. "The Court will not make a determination that the Settlement Agreement is fair and reasonable without reviewing the final proposed disbursements to each Plaintiff," Dkt. No. 100 at 12. In considering the Parties' recent filings, the Court again ordered the Parties to file additional information on November 14, 2019. Dkt. No. 105.

The Parties are **ORDERED** to file the additional documentation or show cause as to why they have not filed the documents by **February 11, 2020.**

SIGNED this 4th day of February, 2020.

_____
Hilda Tagle
Senior United States District Judge